469 A.2d 1143

Triffin, Appellant v. Fernow.

Reargument Denied Jan. 31, 1984.

Petition for Allowance of Appeal
Denied May 29, 1984.

Argued October 11, 1983. Robert Triffin, appellant, in propria persona; Michael H. Van Buskirk, for appellee.

Before SPAETH, P.J., and MONTEMURO and POPOVICH, JJ.

The order of the trial court is affirmed.